IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TIMOTHY S. MILLER,

      Appellant,

v.                         Case No.  5D21-2813
                             LT Case No. 2018-646-CA-DS

SUSAN PETERSON GEDERT,

      Appellee.

_____/

Decision filed June 21, 2022

Appeal from the Circuit Court
for Hernando County,
Donald E. Scaglione, Judge.

Timothy S. Miller, Daytona Beach,
pro se.

Eugene Beil, of Beil & Hay, P.A.,
Hudson, for Appellee.


PER CURIAM.

     AFFIRMED.


COHEN, WALLIS and NARDELLA, JJ., concur.